IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
___Montgomery___ DIVISION

___Todd A. King, Sr.___
(Enter Above the Name of the Plaintiff in this Action)

vs.

___Sgt. Ry Halburnt___
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Officer Mark Drick
Officer Jordan Alexander
Officer Michael Beane
Officer Phillip Watts

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

___Todd A. King, Sr___
Name - Full Name Please - PRINT

___330 W. Second St___
Street Address

___Dayton, Ohio 45422___
City, State and Zip Code

___937-963-8028___
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __Sgt. Ryan Halburnt_____
   Name - Full Name Please  Dayton Police Dept. et. al,
   __951 W. Washington St Dayton, Ohio 45402__
   Address: Street, City, State and Zip Code

2. __Officer Mark Drick_____
   __Officer Jordan Alexander_____

3. __Officer Michael Deane_____
   __Officer Phillip Watts_____

4. __Dayton Police Dept. et. al,_____
   __951 W. Washington St_____

5. __Dayton, Ohio 45402_____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

On February 5, to the 6, 2019, I called 911 for help due to a domestic problem between me and my common law-wife to where I became the victim twice due to the five listed Dayton Police that arrive to my house started shooting at me and my children while I was holding my younger son in my arms claiming I fired at them with a AR-15, Knowing I did not at no time have a gun as they claim as it shown from the search of my residence that they destoryed along with the video surveillance cameras and system they destroyed to keep me from proving my innocent that they did not inventory into their police property as on the search warrant. Since my incarceration in the county jail I have been harass and refuse my blood presser medication and, tried to force me to take mental health medication and, place in a mental health hospital in order to justify to police wrong doing knowing I have no mentall illness as was claim.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I would like to be compensate for the mental pain and stress and, the injury to my right eye as well as for the damages to house in and outter, and for the damages to my furniture, cloths, shoes, food and, children cloths and toys, and electronics and, dog cage Motor-cycle and, Video surveillance cameras & system as well as release from all charges that was frabricated up on me.
Defermation of Charector, Wrongful incarceration, cruel and unusual punishment, Mental Anguish, lost time and wages, P.T.S.D

I state under penalty of perjury that the foregoing is true and correct. Executed on this 8 day of Nov., 2019.

_____
Signature of Plaintiff

-4-